UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SPELL, et al., | Case No. 2:19-06652 FMO (ADS) |
| Plaintiffs, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation, dated November 6, 2019 [Dkt. No. 74], of the assigned United States Magistrate Judge and Plaintiffs' Memorandum of Law, Objections to Report and Recommendation ("Objections") [Dkt. No. 85].

Nothing in the Objections refutes the Magistrate Judge's finding that all claims in the current case against the judicial defendants, Judge Mark Juhas and Judge Natalie Stone, are barred by the Rooker-Feldman doctrine, or alternatively by the Younger

abstention doctrine, and by absolute judicial immunity. [Dkt. No. 74]. Plaintiffs' Objections largely reargue the same assertions made in their written and oral oppositions to the motion to dismiss. Moreover, Plaintiffs' case law citations do not support the contention that the Magistrate Judge incorrectly applied the law.

After thorough analysis and consideration of the Report and Recommendation, and having performed a <u>de</u> <u>novo</u> review of those portions to which objections were made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation, dated November 6, 2019 [Dkt. No. 74], is accepted;

2. The Motion to Dismiss Complaint filed by defendants Judge Natalie Stone and Judge Mark Juhas [Dkt. No. 28] is granted without leave to amend; and

3. Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction and Order to Show Cause [Dkt. No. 10] is denied.

DATED: December 30, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge