**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SPELL, et al., | Case No. 2:19-06652 DOC (ADS) |
| Plaintiffs, | |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety.

The claims against defendants Judge Mark Juhas and Judge Natalie Stone are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

1    Plaintiff Spell's claims against defendants County of Los Angles, Mercedes
2    Mendoza, Catherine Woillard, Nicole Lavin, Adrian Hawkins, and Kim Nemoy are
3    dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).
4    Co-Plaintiff Evans' claims against defendants County of Los Angeles, Mercedes
5    Mendoza, Catherine Woillard, Nicole Lavin, Adrian Hawkins, and Kim Nemoy are
6    dismissed without prejudice, except consortium, which is dismissed with prejudice,
7    pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED:   July 8, 2020

_____
THE HONORABLE DAVID O. CARTER
United States District Judge